AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

THOMAS DEAN RUKSENAS

Case No. 19CR2124-JLS

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 65) and after considering the applicable factors provided in 18 U.S.C. § 3553(a),

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant is 33 years of age and has not alleged any underlying health conditions placing him at particular risk of severe consequences from COVID-19. Although Defendant maintains that conditions at USP Victorville increase his risk of catching COVID-19, the "mere existence of COVID-19 in society and the possibility that it may spread to a particular prison alone cannot independently justify compassionate release, especially considering BOP's statutory role, and its extensive and professional efforts to curtail the virus's spread." *United States v. Raia*, 954 F.3d 594, 597 (3rd Cir. 2020). It appears that the Bureau of Prisons and the Victorville institution have undertaken considerable measures to control the

coronavirus[1] and inmate vaccinations are currently underway. Given these circumstances, the Court is not persuaded that Defendant has demonstrated an extraordinary and compelling basis for compassionate release.

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated: May 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

[1] When Defendant filed his motion, he indicated that there were over 60 active inmate cases of COVID-19 in the institution. Currently at USP Victorville, there are zero active inmate cases. In total, 493 inmates have recovered from the virus and there have been no fatalities. Federal Bureau of Prisons, "COVID-19 Coronavirus," https://www.bop.gov/coronavirus/ (last accessed May 28, 2021).